**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Adan MUNOZ–TORRES, also known as Adrian Munoz, also known as Adrian Munoz–Torrez, also known as Adan Munoz, also known as Adrian Munoz–Torres, Defendant–Appellant.**

No. 06–20726.

United States Court of Appeals,
Fifth Circuit.

Jan. 18, 2007.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Federal Public Defender's Office, Houston, TX, for Defendant–Appellant.

Before SMITH, WIENER, and OWEN, Circuit Judges.

PER CURIAM: *

IT IS ORDERED that appellant's unopposed motion to summarily affirm the U.S. District Court judgment in part is GRANTED.

IT IS FURTHER ORDERED that appellant's unopposed motion to vacate the U.S. District Court judgment in part is GRANTED.

---

IT IS FURTHER ORDERED that appellant's unopposed motion to remand case for resentencing in light of *Lopez v. Gonzales* is GRANTED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.